### EVANS *et al. v.* SWANN.

HILL, J.  1. There was no error in rejecting the proffered amendment.
2. Nor was it error, under the pleadings and the evidence, to direct a verdict in favor of the plaintiff in fi. fa.

*Judgment affirmed. All the Justices concur.*

No. 657.  JULY 10, 1918.

Equitable petition. Before Judge Smith. DeKalb superior court. September 3, 1917.

*J. B. Stewart,* for plaintiffs in error.

*R. W. Milner* and *Greene F. Johnson,* contra.